UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HANKS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL SEXTON, Warden,<br><br>Respondent. | No. 1:18-cv-00202-LJO-SKO HC<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Doc. 2)** |

Petitioner Jonathan Hanks proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel.

In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Petitioner contends that the Court should appoint counsel based on Petitioner's lack of knowledge of the law. Petitioner has competently submitted his petition, and alleges no basis by which the Court may appoint counsel on his behalf. Accordingly, Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

1

Dated: **August 8, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE