UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JONATHAN HANKS, | No. 1:18-cv-00202-LJO-SKO (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER REGARDING STATUS OF CASE** |
| MICHAEL SEXTON, Warden, | **(Doc. 30)** |
| Respondent. | |

Petitioner, Jonathan Hanks, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 19, 2018, Petitioner filed a notice entitled "Notice of Respondent's Failure to Inform Petitioner of Respondent's Reply to Petitioner's Opposition Dated August 06, 2018; And Petitioner's Request to Know the Status of the Magistrate Judge's Recommendation." (Doc. 30.) Petitioner appears to contend he did not receive Respondent's reply to his opposition.

Respondent filed a timely reply to Petitioner's response on September 17, 2018. (Doc. 28.) Because it appears Petitioner did not receive the reply, Respondent re-served Petitioner on October 22, 2018. (Doc. 31.)

1

Petitioner further requests a statement of the status of the above-captioned case. The undersigned has taken the petition under submission and will issue findings and recommendations in due course.

IT IS SO ORDERED.

Dated: **October 23, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE